

Michael Aguiar
1499 Massachusetts Ave NW Apt 317
Washington, DC 20005

Today request the United States intercede on a false fugitive of warrant charge from my former state where I resided Rhode Island and the continued attempts from The State of Massachusetts to issue a warrant on another issue that left me incarcerated for no reason that forced me due to safety reasons leave New England. The cases were dismissed and they will not remove my cases from the Rhode Island Judiciary website and to remove me from the Bureau of Criminal Background System. This is due to a ongoing investigation and individuals who continue are violating Federal Law in regards to the **Interstate Stalking Act of 1996** with the use of Radio frequency bands. This was all due to an Identity theft that occurred in regards to a situation and conspiracy per attached.

Michael Aguiar

MA

## Case Information

62-2017-06502 | State of Rhode Island v. Michael Aguiar

Case Number
62-2017-06502

Court
6th Division District
Court

File Date
06/12/2017

Case Type
Felony

Case Status
Closed

*FBI*

*Fake Identy*
*Cyber*

*180 days RI Law*
*No charge Brought*

## Party

Plaintiff
State of Rhode Island

Defendant
Aguiar, Michael

DOB
08/19/1977

State ID
RI 10415075

Agency
CUMBERLAND POLICE DEPARTMENT

## Charge

Charges
Aguiar, Michael

|   | Description | Statute | Level | Date |
|---|---|---|---|---|
| 1 | Stalking Prohibited | 11-59-2 | Felony | 05/24/2017 |
| 2 | Cyberstalking and Cyberharassment | 11-52-4.2(a) | Misdemeanor | 05/24/2017 |

## Bond Settings

| Setting Date |
|---|
| 6/12/2017 |

## Disposition Events

08/22/2017 Disposition ▾

| 1 | Stalking Prohibited | Charge Information Signed |
|---|---|---|

08/22/2017 Disposition ▾

| 2 | Cyberstalking and Cyberharassment | Charge Information Signed |
|---|---|---|

## Events and Hearings

06/12/2017 Criminal Complaint Filed

06/12/2017 Bail and Recognizance Conditions

06/12/2017 Waiver of Jury Trial

09/12/2017 Pre-Arraignment Conference ▾

Hearing Time
9:00 AM

Result
Hearing Continued

01/05/2018 Pre-Arraignment Conference 2 ▾

Hearing Time
9:00 AM

Cancel Reason
Disposed Prior to Hearing

## Financial

No financial information exists for this case.

## Case Information

P2-2017-3260A | State of Rhode Island v. Michael Aguiar

Case Number
P2-2017-3260A

Court
Providence/Bristol
County Superior Court

File Date
11/15/2017

Case Type
Felony

Case Status
Open

*[handwritten: Double Jeopardy]*
*[handwritten: FBI]*
*[handwritten: False Identy]*
*[handwritten: CyBer]*
*[handwritten: Closed]*

## Party

Plaintiff
State of Rhode Island

Active Attorneys
Lead Attorney
GUGLIELMO,
DANIEL
Work Phone
4012744400

Defendant
Aguiar, Michael

DOB
08/19/1977

State ID
RI 10415075

Active Attorneys
Lead Attorney
FRANCAZIO, DAVID
STEVEN
Retained

Work Phone
4017239655

Agency
CUMBERLAND POLICE DEPARTMENT

## Charge

Charges
Aguiar, Michael

|   | Description | Statute | Level | Date |
|---|---|---|---|---|
| 1 | STALKING | 11-59-2 | Misdemeanor | 05/24/2017 |
| 2 | Cyberstalking and Cyberharassment | 11-52-4.2(a) | Misdemeanor | 05/24/2017 |

## Events and Hearings

11/15/2017 Information Filed

12/12/2017 Entry of Appearance

12/18/2017 Motion to Dismiss

01/05/2018 Pre-Arraignment Conference ▼

Judicial Officer
Burke, Magistrate Patrick T.

Hearing Time
9:30 AM

Result
Case Passed for Arraignment

01/05/2018 Clerks Note PSC

01/12/2018 Arraignment ▼

Judicial Officer
Burke, Magistrate Patrick T.

Hearing Time
9:30 AM

Result
Defendant Does Not Appear

01/12/2018 Warrant Issued

01/12/2018 Clerks Note PSC

03/12/2018 Pre Trial Conference ▼

Judicial Officer
Montalbano, Associate Justice Joseph A.

Hearing Time
9:30 AM

Cancel Reason
Warrant Remains Outstanding

06/21/2018 Entry of Appearance by Attorney General

11/01/2018 Memorandum Filed

## Financial

No financial information exists for this case.

| DISTRICT COURT NO. | COURT DIVISION | POLICE NO. | |
|---|---|---|---|
| | 6th | 17-39-WA | |

**STATE OF RHODE ISLAND**
**DISTRICT COURT**
**CRIMINAL COMPLAINT**

| STATE EX REL | VS. DEFENDANT (NAME and ALIAS) |
|---|---|
| | MICHAEL AGUIAR  Alias- J. Doe |

DEFENDANT ADDRESS AND PHONE
20 NEWMAN AVE Apt. #3309  EAST PROVIDENCE   RI

| STREET | CITY | STATE | PHONE |
|---|---|---|---|

| DEF. D.O.B. 08/19/1977 | DEF. BCI NO. | DEF. SOC. SEC. NO. | DEF. M.V. LIC. NO. |
|---|---|---|---|

| OFFENSE DATE 05/24/2017 | ☒ DIVERS DATE | OFFICER/COMPLAINANT  Brad Hampson  #24 |
|---|---|---|

| | DETERMINE ATTY DATE | PRE TRIAL DATE |
|---|---|---|
| | PRE-ARRAIGN CONF DATE 9-12-17 | TRIAL DATE |
| | SUPERIOR CT ARRAIGN DATE | MISC DATE/BAIL HRG/CONTROL |

POLICE DEPT/COMPLAINANT ADDRESS
Cumberland Police Department, 1380 DIAMOND HILL ROAD

TO ANY JUDGE OR JUSTICE OF THE PEACE:   ON BEHALF OF THE STATE I SWEAR THAT THE ABOVE DEFENDANT DID COMMIT THE FOLLOWING OFFENSES:

| OFFICER/COMPLAINANT  X | DATE | SWORN TO BEFORE JUDGE/JUSTICE OF THE PEACE  Amanda A. Teixeira | DATE 6/2/17 |
|---|---|---|---|

**INITIAL APPEARANCE**

| APPEARANCE DATE 6-12-17 | BAIL FOR ALL ACCOUNTS  $ 5,000 | ARRAIGNMENT DATE 6-29-17 | JUSTICE OF THE PEACE |
|---|---|---|---|

NC: Melissa Trudel

**ARRAIGNMENT**

| ARRAIGNMENT DATE | ADVISED OF RIGHTS ☐ YES ☐ NO | JURY TRIAL WAIVED ☐ YES ☐ NO | PLEA COUNT 1 | PLEA COUNT 2 | PLEA COUNT 3 |
|---|---|---|---|---|---|
| BAIL FOR ALL COUNTS $ | ATTORNEY NAME | ☐ PRIVATE ☐ COURT APPT ☐ P.D. | JUDGE/JUSTICE OF THE PEACE X | | |

---

| COUNT 1 | STATUTE(S) VIOLATED 11-59-2 | ☒ FELONY | ☐ MISDEMEANOR | ☐ VIOLATION | ☐ ORDINANCE |
|---|---|---|---|---|---|

**STALKING PROHIBITED**

Did knowingly and willfully harass, Melissa Trudel (07/02/1978) with the intent to seriously alarm, annoy or bother her which served no legitimate purpose in violation of RIGL 11-59-2.

| DISPOSITION | | SENTENCE IMPOSED |
|---|---|---|
| ☐ DISMISSAL | ☐ NOT GUILTY FINDING | |
| ☐ GUILTY PLEA | ☐ CASE FILED 1 YEAR | |
| ☐ NOLO PLEA | ☐ INFO/TRUE BILL | |
| ☐ GUILTY FINDING | ☐ NO INFO/NO TRUE BILL | |
| | ☐ OTHER | |

| PROCEEDING | APPEAL TAKEN ☐ | JUDGE X | DATE |
|---|---|---|---|
| ☐ ARRAIGN  ☐ PRE TRIAL  ☐ TRIAL  ☐ OTHER | | | |

---

| COUNT 2 | STATUTE(S) VIOLATED 11-52-4.2 | ☐ FELONY | ☒ MISDEMEANOR | ☐ VIOLATION | ☐ ORDINANCE |
|---|---|---|---|---|---|

**CYBERSTALKING AND CYBERHARASSMENT PROHIBITED**

Did transmit communications(s) by computer and/or other electronic device(s) to Melissa Trudel(7/2/1978), for the sole purpose of harassing, seriously alarming and annoying her and her family in violation of RIGL 11-52-4.2.

| DISPOSITION | | SENTENCE IMPOSED |
|---|---|---|
| ☐ DISMISSAL | ☐ NOT GUILTY FINDING | |
| ☐ GUILTY PLEA | ☐ CASE FILED 1 YEAR | |
| ☐ NOLO PLEA | ☐ INFO/TRUE BILL | |
| ☐ GUILTY FINDING | ☐ NO INFO/NO TRUE BILL | |
| | ☐ OTHER | |

| PROCEEDING | APPEAL TAKEN ☐ | JUDGE X | DATE |
|---|---|---|---|
| ☐ ARRAIGN  ☐ PRE TRIAL  ☐ TRIAL  ☐ OTHER | | | |

---

| COUNT 3 | STATUTE(S) VIOLATED | ☐ FELONY | ☐ MISDEMEANOR | ☐ VIOLATION | ☐ ORDINANCE |
|---|---|---|---|---|---|

STATE OF RHODE ISLAND
DISTRICT COURT
CRIMINAL COMPLAINT

| DISTRICT COURT NO. | COURT DIVISION | POLICE NO. |
|---|---|---|
| 19.7009 | 6th | 17-47-WA |

| STATE | VS. DEFENDANT (NAME and ALIAS) |
|---|---|
| STATE EX REL | MICHAEL AGUIAR<br>Alias- J. Doe |

DEFENDANT ADDRESS AND PHONE

| STREET | CITY | STATE | PHONE |
|---|---|---|---|
| 20 NEWMAN AVE Apt. #3309 | EAST PROVIDENCE | RI | 401-559-9098 |

| DEF. D.O.B.<br>08/19/1977 | DEF. BCI NO. | DEF. M.V. LIC. NO.<br>RI-9393304 | DETERMINE ATTY DATE | PRE TRIAL DATE |
|---|---|---|---|---|

| OFFENSE DATE<br>06/23/2017 | DIVERS<br>DATE | OFFICER/COMPLAINANT<br>Capt. William Wilke | DEF. SOC. SEC. NO. | PRE-ARRAIGN CONF DATE | TRIAL DATE |
|---|---|---|---|---|---|

POLICE DEPT/COMPLAINANT ADDRESS
Cumberland Police Department, 1380 DIAMOND HILL ROAD

| SUPERIOR CT ARRAIGN DATE | MISC DATE/BAIL HRG/CONTROL |
|---|---|

TO ANY JUDGE OR JUSTICE OF THE PEACE:

ON BEHALF OF THE STATE I SWEAR THAT THE ABOVE DEFENDANT DID COMMIT THE FOLLOWING OFFENSES:

| OFFICER/COMPLAINANT<br>X _Capt. Wilke Wilke_ | SWORN TO BEFORE JUDGE/JUSTICE OF THE PEACE<br>_[signature]_ | DATE<br>6/23/17 |
|---|---|---|

| APPEARANCE DATE | OFFICER/COMPLAINANT<br>_Capt. William Wilke_ | JUSTICE OF THE PEACE |
|---|---|---|

ARRAIGNMENT

| ARRAIGNMENT DATE<br>X 6-23-17 | ADVISED OF RIGHTS<br>X YES ☐ NO | JURY TRIAL WAIVED<br>X YES ☐ NO | DATE<br>6/23/17 | INITIAL APPEARANCE |
|---|---|---|---|---|

| BAIL FOR ALL COUNTS | ATTORNEY NAME<br>M. Dawson | ☐ PRIVATE<br>X COURT APPT<br>☐ P.D. | JUDGE/JUSTICE OF THE PEACE<br>X _[signature]_ | JUSTICE OF THE PEACE |
|---|---|---|---|---|

| BAIL FOR ALL ACCOUNTS<br>$ | ARRAIGNMENT DATE<br>_IPPOUID WS._ | DATE<br>6/23/17 |
|---|---|---|

**COUNT 1**

| STATUTE(S)<br>VIOLATED<br>11-52-4.2 | ☐ FELONY | X MISDEMEANOR | ☐ VIOLATION | ☐ ORDINANCE |
|---|---|---|---|---|

| BAIL FOR ALL COUNTS<br>$ 100.00 P/R | PLEA COUNT 1<br>NOLO | PLEA COUNT 2 | PLEA COUNT 3 |
|---|---|---|---|

CYBERSTALKING AND CYBERHARASSMENT PROHIBITED

Did transmit communication(s) by computer and/or other electronic device(s) to Melissa Trudel (7/2/1978) for the sole purpose of harassing, seriously alarming and annoying her and her family in violation of RIGL 11-52-4.2

| DISPOSITION | ☐ NOT GUILTY FINDING<br>☐ DISMISSAL<br>☐ CASE FILED 1 YEAR<br>☐ INFO/TRUE BILL<br>☐ NO INFO/NO TRUE BILL<br>☐ OTHER | SENTENCE IMPOSED<br>NOLO - oNE WL J. preb<br>+ NCD WL J. Trudel + her famil<br>+ m.h. evaluation as necc. |
|---|---|---|

| | ☐ GUILTY PLEA<br>☐ NOLO PLEA<br>☐ GUILTY FINDING | APPEAL<br>TAKEN<br>☐ X | JUDGE<br>X _[signature]_ |
|---|---|---|---|

| PROCEEDING<br>☐ ARRAIGN<br>☐ PRE TRIAL<br>☐ TRIAL<br>☐ OTHER | | DATE<br>6/29/17 |
|---|---|---|

+ permission to travel.

**COUNT 2**

| STATUTE(S)<br>VIOLATED | ☐ FELONY | ☐ MISDEMEANOR | ☐ VIOLATION | ☐ ORDINANCE |
|---|---|---|---|---|

## Case Information

61-2017-07069 | State of Rhode Island v. Michael Aguiar

Case Number
61-2017-07069

Court
6th Division District
Court

File Date
06/29/2017

Case Type
Misdemeanor

Case Status
Open

Closed

## Party

Plaintiff
State of Rhode Island

Defendant
Aguiar, Michael

DOB
08/19/1977

State ID
RI 10415075

Active Attorneys ▾
Lead Attorney
DAWSON,
MATTHEW S.
Retained

Work Phone
4012743306

Fax Phone
4012743326

Agency
CUMBERLAND POLICE DEPARTMENT

## Charge

Charges
Aguiar, Michael

|   | Description | Statute | Level | Date |
|---|---|---|---|---|
| 1 | Cyberstalking and Cyberharassment | 11-52-4.2(a) | Misdemeanor | 06/23/2017 |

## Bond Settings

Setting Date

6/29/2017

## Disposition Events

06/29/2017 Disposition ▾

Judicial Officer
Clifton, William C.

|   |   |   |
|---|---|---|
| 1 | Cyberstalking and Cyberharassment | Plea of Nolo Contendere |

06/29/2017 Judgment ▾

1     Cyberstalking and Cyberharassment          Judgment

Condition - Adult

    1. Fine, 06/29/2017, Active 06/29/2017

    2. Court Costs, 06/29/2017, Active 06/29/2017

    3. Mental Health Program, evaluation, 06/29/2017, Active 06/29/2017

Fee Totals

    01 Criminal Schedule 1

    $96.75

    Fee Totals

    $96.75

Criminal Sentence

    Effective Date: 06/29/2017

    Probation: 1 Year

## Events and Hearings

06/29/2017 Arraignment ▾

Judicial Officer
Clifton, William C.

Hearing Time
9:00 AM

Result
Hearing Concluded

06/29/2017 Criminal Complaint Filed

06/29/2017 Nolo Plea Entered

06/29/2017 Waiver of Extradition

06/29/2017 Entry of Appearance

09/21/2017 Ability to Pay ▾

Hearing Time
8:30 AM

## Financial

Aguiar, Michael

| | Total Financial Assessment | | | $96.75 |
| Total Payments and Credits | | | | $96.75 |

| 6/30/2017 | Transaction Assessment | | | $96.75 |
| 7/5/2017 | Counter Payment | Receipt # DC6D-2017-018911 | Aguiar, Michael | ($96.75) |

**OFFICIAL RECEIPT**

## State of Rhode Island and Providence Plantations
### District Court
### J. Joseph Garrahy Judicial Complex
### One Dorrance Plaza
### Providence, RI 02903
### (401) 458-5400(phone)

Payor
Aguiar, Michael
10 Newman Road
Rumford, RI 02916

Receipt No.
DC6D-2017-018911

Transaction Date
07/5/2017

| Description | Amount Paid |
|---|---|

Payment Plan

Aguiar, Michael
61-2017-07069
State of Rhode Island v. Michael Aguiar

| | Amount |
|---|---|
| 01 Criminal Schedule 1 | |
| Misdemeanor Fine (Cumberland) | 96.75 |
| Probation and Parole Court Cost | 3.50 |
| Technology Surcharge Fee 3.25 | 60.00 |
| Violent Crimes Indemnity Account | 3.25 |
| | 30.00 |
| **SUBTOTAL** | 96.75 |

Remaining Balance Due:  $0.00

Remaining Payment Plan Balance Due:  $0.00

| | |
|---|---|
| Convenience Fee | 3.14 |
| **PAYMENT TOTAL** | **99.89** |

| | |
|---|---|
| Credit Card (Ref #788676473) Tendered | 96.75 |
| Total Tendered | 96.75 |
| Change | 0.00 |

| 07/05/2017 | Cashier | Audit |
|---|---|---|
| 12:12 PM | Station dordis05 | 15106578 |

**OFFICIAL RECEIPT**





OF RHODE ISLAND        AND PROVIDENCE PLANTATIONS

# DISTRICT COURT

**X** *Providence/Bristol County*
Garrahy Judicial Complex
One Dorrance Plaza
Providence, Rhode Island 02903
*(401) 458-5400 Voice

___ *Newport County*
Murray Judicial Complex
45 Washington Square
Newport, Rhode Island 02840
*(401) 841-8350 Voice

___ *Kent County*
Noel Judicial Complex
222 Quaker Lane
Warwick, Rhode Island 02886
*(401) 822-6750 Voice

___ *Washington County*
McGrath Judicial Complex
4800 Tower Hill Road
Wakefield, Rhode Island 02879
*(401) 782-4131 Voice

STATE OF RHODE ISLAND        :

                                    :        CASE NO(s). ___6l-M-7069___

V.

M. Aguiar

## NOTICE OF COURT DATES – PAYMENT CASES

CURRENT BALANCE    $ ___96.75___

   I understand that I am ordered to pay all fines and costs owed by _____
and that if I do not pay in full that I must appear on the below listed review date. I also know that if I fail
to pay as ordered and do not appear on the Payment Review Date, that the entire balance will become due
and payable forthwith, that a warrant will issue for my arrest, that a $125 Bench Warrant Assessment will
be added, and that I may be adjudged in contempt and sentenced to jail for contempt.

ORDERED: JEANNE E. LaFAZIA, Chief Judge

PAYMENT REVIEW DATE: ___9-21-17___ AT 9:00 A.M.    COURTROOM ___2nd FlR___

Signed and Acknowledged by Defendant: X _____

---

   * If accommodation for a disability is necessary, please contact the specific District Court Clerk's Office at the
telephone numbers listed above as soon as possible. TTY users through Rhode Island Relay at 7-1-1 or
1-800-745-5555 (TTY) to voice number.

DC-6 (revised May 2010)



STATE OF RHODE ISLAND DEPARTMENT OF CORRECTIONS
ADULT PROBATION AND PAROLE
CONDITIONS OF SUPERVISED PROBATION

Name: *Michael Aguiar*     DOB: *8/19/77*

Disposition: *Nolo - 1 yr. Probation*

Probation Begins: *6/29/17*     Probation Ends: *6/28/18*

Case (s) #: *61/17-07069*
(Use separate form if needed to clarify cases with different dispositions)

Judge: *Ippolito*     Court: *PDC*

I must obey the following Conditions throughout the term of my Probation:

1. Obey all laws.

2. Report to the Probation & Parole Officer as directed.

3. Remain within the State of Rhode Island, except with the prior approval of the Probation and Parole Officer.

4. Notify the Probation & Parole Officer immediately of any change of address, telephone number, or employment. Inform the Probation & Parole Officer of my whereabouts and activities as required.

5. Make every effort to keep steadily employed, attend school, and/or attend vocational training.

6. Waive extradition from anywhere in the United States to the State of Rhode Island if I am required to appear in any Rhode Island Court.

7. Provide a DNA sample if required by RIGL § 12-1.5-7 and 12-1.5-8. See form entitled "Notice of Duty to Supply DNA Sample" for list of qualifying dates and offenses.

8. Fulfill any and all Special Conditions of Probation as ordered by the Court: *(initial on appropriate line)*

| | | | | | |
|---|---|---|---|---|---|
| ____ | ☐ | Substance Abuse Counseling | ____ | ☐ | Anger Management Counseling |
| ____ | ☒ | Mental Health Counseling | ____ | ☐ | Community Service *(#of hours)* ____ |
| ____ | ☐ | Alcohol Counseling | ____ | ☐ | DWI School |
| ____ | ☐ | Aids Testing/Education | ____ | ☐ | No Contact Order |
| ____ | ☐ | Sex Offender Counseling | ____ | ☐ | Sex Offender Registration |
| ____ | ☐ | Batterer's Intervention Program* *(*Domestic Violence Counseling)* | ____ | ☐ | Restitution *(amount if available)* $____ |
| ____ | ☐ | Other *(please specify)* ____ | | | |

Limits of Confidentiality: Criminal adjudication is a matter of public record. Information may be shared with law enforcement entities. ~~Prevention indicates dangerous or illegal behaviors will not be considered confidential, and will be communicated to appropriate individuals~~ or authorities.

I have read the Conditions of Probation (or they have been read to me), they have been explained, and I understand my obligations.

Failure to follow each and every one of the Conditions of Probation could result in further Court action. If I violate my Probation, the Court could impose the sentence allowable by law.

PROBATIONER: _____     DATE: *6-29-17*

WITNESS: *Paul S. Junior*     DATE: *6/29/17*

*Revision: March 2015*



**Affidavit:**

Michael Aguiar
Chairman
Washington D.C. 20004
**teamAguiarconsulting@outlook.com**
**www.aguiar-consulting.com**

In my Travels & Observations Aguiar-Consulting LLC has observed Man, Woman, & Child at specific times utilizing an app on Personal Media Device that transmits frequency waves at another person. My observations are that this practice disorients the person & affects their critical thinking almost putting them in a frozen state. This also allows the person sending these transmissions to be undetectable to the person receiving them. This includes shock waves being sent utilizing third party individuals on their personal media devices.

Under Oath to the Best of my Knowledge & Experience.

Michael Aguiar
Aguiar-Consulting LLC

MA.



# Memo

**To:**      Rhode Island Attorney General Office

**From:**    Michael Aguiar #19660

**cc:**      Chris Wray

**Date:**    October 8, 2018

**Re:**      Cyber-Networks & Media Devices- Warning

---

Please remove Michael Aguiar Date of Birth 08-19-1977 from all court records in the State of Rhode Island due to the continued use of a legal issue that was resolved per attached a long time ago. There are individuals in Rhode Island that continue to contact  me to stop a ongoing investigation trying to use the legal system with cyber or frequency band technology to put him in Jail for no reason. The root cause is **Shaw's** Supermarkets and some other individuals that did harm to his family and friends in New England. There should be no mention of this any longer and remove this from any Criminal History.

Michael Aguiar
Federal Bureau of Investigation



**A g u i a r   2 0 2 0   L e t s   g o . . .**

Michael Aguiar
1499 Massachusetts Ave NW
Washington, DC 20005

Case Number: P2-2017-3260A
Case Number: 61-2017-7069
**Case Number: 62- 2017-06502**

Daniel Guglielmo you were the Assistant District Attorney in Rhode Island in regards to these cases. You were advised to remove all court records as the cases by the Attorney General a long time ago,  were dismissed and you continue contact Washington DC. This is called Double Jeopardy never mind you involved in a conspiracy against me along with Cindy Garnett the  Vice President of Human Resources for Shaw's Supermarkets and her family.

You are violating my civil rights with this continued actions in Rhode Island. The Attorney General has received the information once again and you left me no other option when you contacted me at my resistance with a threat.

My employment as you are aware is with the Federal Bureau of Investigation and they are under investigation and have been in regards to the continued

My Lawyer McKinnon & Harwood owes me 7500.00 for lawyer fees that were not needed and have not received any requirement as well after sending the letter to that office. Pine & Lynch owes me 5000.00 as well due to services not needed.

Thank You

Michael Aguiar

MA



*Aguiar-Consulting*

*We have an "Eye" for the Details...*

June 13, 2017

To:  Law offices of Mathew T. Marin, Esquire, Inc

My issues surrounding this charge started at Shaws/Star Supermarkets about a year ago with an Associate (Dan Pereira). Basically this individual due to the fact that I chose not to date his friend started a crusade. This associate engaged in behavior against me within the business to ruin my character. Spreading false rumor about myself. Basically I distanced myself from this individual to do a variety of factors at that time. I also witnessed getting involved in the plaintiff personal life.

I will testify that associates in my work area made aware of my interest of the plaintiff & started with comments along with accessing her social media. During this time the behavior in the office was Unprofessional in the matter with rude comments towards her. Due to my past with her going to high school I stood up for her in that office.

I left Shaws/Star Market in November of 2016 went to the Greater Boston Food Bank. At the Greater Boston Food where these issues continued including an associate Colleen Toomey who appears to be accessing my social media (Facebook Messenger) Mis-representing me communicating with the Plaintiff. During this time other associates were accessing my company email & sending (Unprofessional emails) to her at her company. My employment ended at the Greater Boston Food Bank in Feb 2017 on my terms due an issue my relatives created for me in my hometown in Pawtucket, Rhode Island.

The stalking charge is out of line, realistically I went to visit her house on Sunday March 12, 2017. Upon arriving a dark skin male came out appeared to show engagement towards me & then took my license plate. Few minutes later a female approached which appeared to be representing as the plaintiff. I asked her if she indeed was the plaintiff after a few minutes the female said "What do you want with her" it appeared suspicious.

Pulled over by the cop who was very rude to me, asked for my ID which was provided & showed me some sort of document which I refused to sign.

My theory it is this female who showed up at the Cumberland Police Station to file this complaint should be investigated.

During the process my relatives & friend appeared to also engage activities against the plaintiff, including Mis-representing me by routing text messages to them instead of me to ensure no relationship with her. In response I terminated my relationship with them.

My posts on Facebook about the plaintiff are off respect & affection.

This plaintiff in the case works in the same business as me & have assisted her company in improving their business. Due to the number of girls that have come across me over the last year due to this chat or live feed is the reason she is getting phone calls at her house. Basically been calling her maybe twice a day for a while but my suspicions are these calls were being routed to Coleen Toomey so she could appear to have a relationship with me.

Yours Truly,

MA



*Aguiar-Consulting*
*We have an "Eye" for the Details...*

June 14, 2017


To:  Law offices of Mathew T. Marin, Esquire, Inc

On June 13, 2017 was staying at the Renaissance Hotel in Providence. Four police officers showed up to place me under arrest. I asked what was the charge? One of the officers "Morgan" said it was warrant out of Cumberland.  " My Miranda rights were not read to me"

They placed me under an arrest put in me in a squad car & took to me the police station. Upon arriving the took my belongs they asked me if I wanted to make a phone call. After a few minutes the officer said you want be making any calls.  My belongings were taken & was placed in a holding cell.  Statements were made the Cumberland would be picking you up.

After being in the holding cell a few minutes was very annoyed because of being refused 'Due Process Rights" My stomach was "sour" so requested to go to the hospital to get checked out.  Nobody attended to me after falling to the floor for ten minutes.  Finally, after an hour Cumberland police picked me up to take to Diamond Hill Road.

Basically,

Just putting on the record that the way I was handled in Providence is "Eye" opening have no priors of violence. Am a reputable business person in Rhode Island. Could have been asked to walk to down to the police cruiser.  Safety was no issues there were 4 cops on sight.

Basically not sure what the process is for a warrant in Rhode Island if this is standard protocol.

Yours Truly,

MA



June 14, 2017


To:  Law offices of Mathew T. Marin, Esquire, Inc

Upon arrival from the Providence Police Department was transported to the Cumberland Police Station from Providence.

The officer behind the counter was asked for a statement gave him explained the situation of my past relationship with my former employers, realistically this charge does not seem accurate & find it hard to believe since me & her work in the same business while working with her company improving performance. The officer on the report is the same officer who pulled me over on the Sunday in question. With all the activity going on just when to see how she was doing. The person I spoke to was not her. Realistically my statement to the Cumberland Police department was not given back to me that night.

In all honesty this is complete embarrassment with all "things" that get looked over on that side of the city.

The root cause of this is this "other girls" that are targeting her due to them hacking into my social media. On June 18, 2017 restraining orders were filed against them to cease & desist this activity.

Yours Truly,

MA



 Cut on dotted line.

## Instructions

1. Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.

2. Place your label so it does not wrap around the edge of the package.

3. Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.

4. To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.

5. Mail your package on the "Ship Date" you selected when creating this label.

### Click-N-Ship® Label Record

**Signature Confirmation™ / Insurance Number:**

**9407 8036 9930 0042 3368 44**

| | |
|---|---|
| Trans. #: 445818870 | Priority Mail® Postage: $6.70 |
| Print Date: 10/08/2018 | Insurance Fee $0.00 |
| Ship Date: 10/08/2018 | Signature Confirmation $2.55 |
| Expected | (Electronic Rate) |
| Delivery Date: 10/11/2018 | Total |
| Insured Value: $1.00 | $9.25 |

From:   MICHAEL AGUIAR
AGUIAR CORPORATION
1300 PENNSYLVANIA AVE NW
WASHINGTON DC 20004-3002

To:   PETER F KILMARTIN
ATTORNEY GENERAL OF RHODE ISLAND
150 S MAIN ST
PROVIDENCE RI 02903-2907

* Retail Pricing Priority Mail rates apply. There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

**UNITED STATES POSTAL SERVICE®** *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*

# USPS Tracking®

## Track Another Package  +

**Tracking Number:** 9407803699300042336844                    Remove ✕

**On Time**

**Expected Delivery on**

# THURSDAY
# 11  OCTOBER 2018 ⓘ      | See Product Information  ⌄

⊘ **Delivered**

October 11, 2018 at 10:02 am
Delivered
PROVIDENCE, RI 02903

Get Updates  ⌄

---

Text & Email Updates                                          ⌄

---

Proof of Delivery                                             ⌄

---

Tracking History                                              ⌄

---

Product Information                                           ⌄

---

See Less  ⌃

# 238 350



## The Providence
## CENTER
### *Healthy minds for healthy lives*

July 21, 2017

Lynch and Pine Lawyers
One Park Row
5th Floor
Providence, RI 02903

Re: Michael Aguiar, d.o.b. 8/19/77

To Whom it May Concern,

Michael Aguiar, d.o.b. 8/19/77 came for an intake assessment with this writer on July 19, 2017.  He reports he was referred by probation for a mental health assessment.  Client reports he was charged with cyber stalking in June 2017 and will be on probation for one year.  He wants to comply with probation guidelines.

Client denies any symptoms of depression, anxiety, paranoia or psychosis.  He reports he "wants to put this behind him" and move on with his consulting business.  He also denied any substance abuse.  I am not recommending further treatment at this time.

Sincerely,

*Jeana Whittredge, LICSW*

Jeana Whittredge, LICSW
Clinical Intake Specialist
530 North Main Street, Providence, RI 02904. (401)276-4020. (800) 456-0300.Fax (401)276-6340
www.providencecenter.org



# Gershon Psychological Associates, LLC

To Whom It May Concern:

This letter is to confirm that _Michael Aguiar_ had an appointment on: _7/17/17_.
At: _2pm._ with: _Michael Gershon_.

If you have any further questions, please feel free to contact us at Ph: 401-349-3131

Thanks,

_Sonia Ruiz_

Signature

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
Criminal Division

Lockup No: _____

# PRETRIAL RELEASE CONDITIONS AND ORDER

UNITED STATES OF AMERICA/DISTRICT OF COLUMBIA

Michael Aguar
_____
Defendant

Calendar No. _____  Case No. 18-FOS-1900H

PDID No: 734-6202

Address: _____  Phone: _____  E-mail: _____

You are being released on your promise to appear. You must follow all of the conditions of release listed below. These conditions are in effect until the case ends or the conditions are changed by a Judge. You must not commit any criminal offenses while this case is pending. Failure to comply with this order may result in your arrest and additional charges including, but not limited to, Contempt of Court. You must report to the Pretrial Services Agency (PSA), Room C-301, to review the conditions of release. Failure to report to PSA within ___ hours of release.

| | | | |
|---|---|---|---|
| **TESTING/ PLACEMENT** | Report to PSA, Room C-301<br>☐ Weekly testing  ☐ Evaluation, and if positive, weekly testing<br>☐ Testing for Diversion consideration  ☐ Include alcohol | REPORT TO BOND/ING JURISDICTION<br>TO RESOLVE OUTSTANDING WARRANT.<br>STATE: _____ COUNTY: _____ | Stay Away/No<br>Contact Order (See<br>addendum) | Firearms<br>Warning<br>Given |
| **ADDRESS** | ☐ Verify your address with PSA, Room C-301:<br>☐ Immediately<br>☐ Next business day | ☐ Live at: _____ | ☐ Curfew: From _____ P.M. to _____ P.M.<br>☐ Daily<br>☐ Other _____ | |
| **REPORT FOR ASSESSMENT** | ☐ PSA and possible placement<br>☐ Substance Abuse  ☐ Alcohol<br>☐ Mental Health  ☐ Urgent Case | ☐ Urgent Care Clinic, Room 1230 for assessment:<br>☐ Alcohol/Substance Abuse  ☐ Mental Health | |
| **REPORT TO** | ☐ Pretrial Services Agency<br>☐ Weekly  ☐ Twice a week  ☐ In person  ☐ Monthly<br>☐ Other: _____  ☐ By phone: _____ | ☐ Probation/Parole/Supervised Release<br>☐ In person  Phone: _____<br>☐ Date: _____ | As Directed by PSA |
| **DC/TRAFFIC OFFENSES– U.S. DIVERSION** | ☐ Do not drive without a valid permit. | ☐ Do not drive after consuming alcohol or any illegal controlled substance, or any medication that causes impairment. | ☐ Report to Room 4203 for Diversion/Community Service Consideration<br>☐ Immediately  ☐ On _____ |
| ☑ **OTHER** | $1500.00 Unsecured Bond | | |

The defendant is placed in the custody of _____  Phone: _____

☐ **THIRD PARTY CUSTODY**

**Custodian:** I agree to assume custody of the defendant. I agree (a) to supervise the defendant in accordance with the release conditions above, (b) to use every effort to assure the defendant's appearance at all scheduled hearings or trials, and (c) to notify Pretrial Services Agency at (202) 585-7077 immediately if I learn that the defendant has violated any condition of release or if the defendant is no longer in contact with me.

_____
Custodian's Signature   Address: _____

| | |
|---|---|
| **NEXT COURT DATE** | 11/28/18 at _____ A.M./P.M.<br>COURTROOM: 315<br>If you have any questions about the time or location of the hearing, call PRETRIAL SERVICES Agency at 202-585-7077.<br>**NOTICE:** If the Superior Court is closed due to an emergency, you must return to Court on the next business day at 9 a.m. | **PENALTIES FOR VIOLATION OF RELEASE CONDITIONS, CONVICTION WHILE ON RELEASE AND FAILURE TO APPEAR**<br><br>**VIOLATION OF RELEASE CONDITIONS:** I agree to comply with the conditions of release and I understand the penalties that I may face for violation of any conditions of release. I understand that if I violate any condition of release I may be subject to revocation of release, detention, prosecution for contempt, and, if I am convicted, a fine (up to $1,000) or up to six (6) months in jail or both.<br><br>**FAILURE TO APPEAR:** I understand that if I fail to appear on this case, a warrant may be issued for my arrest. If convicted of Failure to Appear, I understand that I may be subjected to:<br>• Up to a $12,500 fine and/or one (1) to five (5) years incarceration if today's charge is a felony charge.<br>• Up to a $1,000 fine and/or 90 to 180 days incarceration if today's charge is a misdemeanor.<br>• Up to a $1,500 fine and/or one (1) to five (5) years incarceration if I fail to appear after conviction.*<br><br>**CONVICTION WHILE ON RELEASE:** I understand that if I am convicted of a felony while on release in this case, I may face up to $12,500 fine, one (1) to five (5) years in jail or both. I also understand that if I am convicted of a misdemeanor while on release, I may face up to a $1,000 fine, 90 to 180 days in jail or both. |

So ORDERED.

_____
Judge

Copies to: Defendant: Green  Defense Counsel: Yellow  PSA: Blue

_____
DEFENDANT'S SIGNATURE: _____  DATE: _____

Witnessed By: _____  Title of Agency: _____  (Revised 06/01/2018)

**Your Attorney is:**

Name: _____  Phone #: _____

Email address: _____

AFFIX LABEL HERE

Revised 06/2018

Metropolitan Police Department

## CCN #18183391 – PUBLIC INCIDENT REPORT

| REPORT DATE / TIME | DISTRICT / PSA | EVENT START DATE / TIME - EVENT END DATE / TIME | INCIDENT STATISTICS |
|---|---|---|---|
| Oct 29, 2018 10:10 | Second District / 208 | Oct 29, 2018 09:10 - Oct 29, 2018 10:10 | |
| RESPONDING OFFICER | | WEATHER | |
| ROBERT BUCK (#9064) – MPD | | Clear | |
| ASSISTING OFFICER (ASSIST TYPE) | | | |

| TELETYPE DATE / TIME | TELETYPE # | WHO NOTIFIED TELETYPE | SHOTS FIRED | SHOTS EFFECT |
|---|---|---|---|---|
| Oct 29, 2018 09:50 | | Neal | ☐ YES ■ NO | ☐ YES ■ NO |

## REPORTING PERSON

NAME

R-1 Rhode Island Bureau of Criminal Identification

HOME ADDRESS

150 SOUTH MAIN ST, PROVIDENCE, RI, UNITED STATES

## OFFENSE #1 – 18183391

| OFFENSE | OFFENSE COMPLETION |
|---|---|
| Fugitive From Justice (23DC701) | ■ COMPLETED ☐ ATTEMPTED |

OFFENSE CASE STATUS

Cleared By Arrest (Oct 29, 2018)

OFFENSE LOCATION

POST MASSACHUSETTES AVENUE RENTALS, 1499 MASSACHUSETTS AVENUE NW, WASHINGTON, DC 20005  **Unit:** 317  **Type:** Residence/ Home  **Public/ Private:** Private  **PSA:** 208  **District:** Second District

| LOCATION TYPE | POSITION (BEHIND, FRONT, INSIDE, SIDE) |
|---|---|
| Residence/ Home | |

LOCATION DESCRIPTION

| AGGRAVATED ASSAULT FACTORS/HOMICIDE FACTORS | OFFENSE PROPERTIES |
|---|---|
| HATE BIAS/MOTIVIATION | |
| WEAPON/FORCE INVOLVED | |
| CRIMINAL ACTIVITIES | MODUS OPERANDI |

| FORCED ENTRY | # OF PREMISES | SECURITY SYSTEM | CARGO THEFT |
|---|---|---|---|
| ☐ YES ☐ NO | | | ☐ YES ☐ NO |
| NEGLIGENT MANSLAUGHTER CIRCUMSTANCE | | | BUILDING INHABITED (ARSON) |

## VICTIMS

| ORGANIZATION NAME | ORGANIZATION ADDRESS |
|---|---|
| Rhode Island Bureau of Criminal Identification | 100 BLK SOUTH MAIN ST, PROVIDENCE, RI, UNITED STATES |

## PROPERTY & ITEMS

## CCN #18183391 – PUBLIC NARRATIVE

On the listed date and time at the listed location, S-1 was placed under arrest for an outstanding warrant. S-1 was transported to the Second District for processing.

**PRETRIAL RELEASE CONDITIONS AND ORDER**   #60

13094

UNITED STATES OF AMERICA/DISTRICT OF COLUMBIA

Calendar No. _____   Case No.: 18-FUG

v.

MICHAEL AGWAR
Defendant

PDID No.: 734-608

Address: _____   Phone: _____   E-mail: _____

You are being released on your promise to appear. **You must follow all of the conditions of release listed below.** These conditions are in effect until the case ends or the conditions are changed by a Judge. **You must not commit any criminal offenses while this case is pending.** Failure to comply with this order may result in your arrest and additional charges including, but not limited to, Contempt of Court. **You must report immediately to Pretrial Services Agency (PSA), Room C-301, to review the conditions of release. Failure to report to Room C-301 is a violation of your conditions of release.**

| | | | |
|---|---|---|---|
| **STAY AWAY FROM** | ☐ See No Contact Order | ☐ Person(s): _____<br>☐ Location(s): _____ | Firearms Warning Given |
| **OTHER RESTRICTIONS** | ☐ See No Contact Order | ☐ No communication with: _____ | ☐ No harassing, abusive, threatening or stalking behavior toward: _____ |
| **ADDRESS** | ☐ Verify your address with PSA, Room C-301:<br>☐ Immediately<br>☐ Next business day | ☐ Live at: _____ | ☐ Curfew: From ___ P.M. to ___ A.M.<br>☐ Daily<br>☐ Other ___ |
| **TESTING/ PLACEMENT** | Report to PSA, Room C-220: | ☐ Weekly testing  ☐ Evaluation, and if positive, weekly testing | ☐ Testing for Diversion consideration |
| **REPORT FOR ASSESSMENT** | ☐ PSA and possible placement<br>☐ Substance Abuse  ☐ Alcohol<br>☐ Mental Health | | ☐ Urgent Care Clinic, **Room 1230** for assessment::<br>☐ Alcohol/Substance Abuse  ☐ Mental Health |
| **REPORT TO** | ☐ Pretrial Services Agency<br>☐ Weekly ☐ Twice a week ☐ In person<br>☐ Monthly ☐ Other: ☐ By phone: | | ☐ Probation/Parole/Supervised Release<br>☐ In person ☐ Phone: _____<br>Date: _____ | ☐ As Directed by PSA |
| **DC/TRAFFIC OFFENSES** | ☐ Do not drive without a valid permit. | ☐ Do not drive after consuming alcohol or any illegal or controlled substance, or any medication that causes impairment. | ☐ Report to **Witness Room, Courtroom 115** for Diversion Consideration ☐ Immediately ☐ On: |
| **OTHER** | $10,000 Bond | | |
| **THIRD PARTY CUSTODY** | The defendant is placed in the custody of _____ (Print Name of Custodian) Phone: ____<br>**Custodian:** I agree to assume custody of the defendant, I agree (a) to supervise the defendant in accordance with the release conditions above, (b) to use every effort to assure the defendant's appearance at all scheduled hearings or trials, and (c) to notify Pretrial Services Agency at (202) 585-7077 immediately if I learn that the defendant has violated any condition of release or if the defendant is no longer in contact with me.<br>_____ Custodian's Signature   Address: _____ | | |

| | |
|---|---|
| **NEXT COURT DATE** | 10, 3, 18 at ___ A.M./P.M.<br>COURTROOM ___<br>If you have any questions about the date, time or location of the hearing, call PRETRIAL SERVICES Agency at 202-585-7077. |

**So ORDERED.**

_____
Judge

Your Attorney is: _____

Name: _____

Phone: _____

NOTICE: If the Superior Court is closed due to an emergency, you must return to Court on the next business day it is open.

Copies to:  USAO: Green   Defense Counsel: Yellow   PSA: Blue

**PENALTIES FOR VIOLATION OF RELEASE CONDITIONS, CONVICTION WHILE ON RELEASE AND FAILURE TO APPEAR**

**VIOLATION OF RELEASE CONDITIONS:** I agree to comply with the conditions of release and I understand the penalties that I may face for violation of any conditions of release. I understand that if I violate any condition of release I may be subject to revocation of release, detention, prosecution for contempt, and, if I am convicted a fine of up to $1000 or up to six (6) months in jail or both.

**FAILURE TO APPEAR:** I understand that if I Fail to Appear in this case, a warrant may be issued for my arrest. If convicted of Failure to Appear, I understand that I may be subjected to:

- Up to a $12,500 fine and/or one (1) to five (5) years incarceration if today's charge is a felony charge.
- Up to a $1,000 and/or 90 to 180 days incarceration if today's charge is a misdemeanor.
- Up to $12,500 fine and/or one (1) to five (5) years incarceration if I fail to appear for sentencing.

**CONVICTION WHILE ON RELEASE:** I understand that if I am convicted of a felony while on release in this case, I may face up to a $12,500 fine, one (1) to five (5) years to be served consecutively. I also understand that if I am convicted of a misdemeanor while on release, I may face up to a $1,000 fine, 90 to 180 days in jail or both.

DEFENDANT'S SIGNATURE: Refuse to Sign   DATE: 9, 5, 18

Witnessed By: _____   Title of Agency: PSA DC

(Revised 10/29/2015)

CCN #18148934 – Event # 18148934 Public Incident Packet                                     Metropolitan Police Department

## CCN #18148934 – PUBLIC INCIDENT REPORT

| REPORT DATE / TIME | DISTRICT / PSA | EVENT START DATE / TIME – EVENT END DATE / TIME | INCIDENT STATISTICS |
|---|---|---|---|
| Sep 05, 2018 08:23 | Second District / 208 | Sep 05, 2018 07:38 – Sep 05, 2018 08:47 | |

| RESPONDING OFFICER | | WEATHER | |
|---|---|---|---|
| Dena Hubbard (#9859) -- MPD | | | |

| ASSISTING OFFICER (ASSIST TYPE) |
|---|
| |

| TELETYPE DATE / TIME | TELETYPE # | WHO NOTIFIED TELETYPE | SHOTS FIRED | SHOTS EFFECT |
|---|---|---|---|---|
| | | | ☐ YES ■ NO | ☐ YES ■ NO |

## REPORTING PERSON

| NAME |
|---|
| R-1 POLICE DEPARTMENT CUMBERLAND COUNTY |

## OFFENSE #1 – 18148934

| OFFENSE | OFFENSE COMPLETION |
|---|---|
| Fugitive From Justice (23DC701) | ■ COMPLETED ☐ ATTEMPTED |

| OFFENSE CASE STATUS |
|---|
| Cleared By Arrest (Sep 05, 2018) |

OFFENSE LOCATION

POST MASSACHUSETTES AVENUE RENTALS, 1499 MASSACHUSETTS AVENUE NW, WASHINGTON, DC 20005  **Unit:** 317  **Type:** Highway/ Road/ Alley/ Street/ Sidewalk  **Public/Private:** Private  **PSA:** 208  **District:** Second District

| LOCATION TYPE | POSITION (BEHIND, FRONT, INSIDE, SIDE) |
|---|---|
| Highway/ Road/ Alley/ Street/ Sidewalk | |

| LOCATION DESCRIPTION |
|---|
| |

| AGGRAVATED ASSAULT FACTORS/HOMICIDE FACTORS | OFFENSE PROPERTIES |
|---|---|
| | |
| HATE BIAS/MOTIVIATION | |
| WEAPON/FORCE INVOLVED | |
| CRIMINAL ACTIVITIES | MODUS OPERANDI |

| FORCED ENTRY | # OF PREMISES | SECURITY SYSTEM | CARGO THEFT |
|---|---|---|---|
| ☐ YES ☐ NO | | | ☐ YES ☐ NO |

| NEGLIGENT MANSLAUGHTER CIRCUMSTANCE | BUILDING INHABITED (ARSON) |
|---|---|
| | |

## VICTIMS

| ORGANIZATION NAME | ORGANIZATION ADDRESS |
|---|---|
| CUMBERLAND COUNTY POLICE DEPARTMENT | 1300 BLK DIAMOND HILL RD, CUMBERLAND, RI, UNITED STATES |

## PROPERTY & ITEMS

## CCN #18148934 – PUBLIC NARRATIVE

On 01-12-2018 an extraditable warrant was issued for Aguiar, Michael by the Cumberland Police Department, Cumberland, RI., warrant#OCA/P2-2017-3206A

On 09-05-2018 members of the Criminal Apprehension Unit responded to 1499 Massachusetts Avenue NW #317, with knowledge that S1 was at the location. Members made contact with S-1, a WALES/NCIC check confirmed that S1 had an outstanding warrant#OCA/P2-2017-3206A.

S1 was placed under arrest and transported to the 2nd Police District for processing.

Detective Hines notified.